UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-21-08
```

--------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION
                                    :    MDL No. 1789
                                         1:06-md-1789 (JFK)
_____x
*This Document Relates to:*          :    <u>ORDER</u>
All actions                          :
--------------------------------------x
**JOHN F. KEENAN, United States District Judge:**


        Oral argument on Plaintiffs' motion to compel

production of documents will take place at 10:00 a.m. on

June 2, 2008 in Courtroom 20-C.



SO ORDERED.

Dated:    New York, New York
          May 21, 2008


                         *[signature]*
                         JOHN F. KEENAN
                    United States District Judge